DARLENE M. RICKER
SBN 151653
24955 Pacific Coast Hwy.
Suite A204
Malibu, California 90265
Tel. (310) 457-8600
Fax (310) 457-8602
Email: dmricker@aol.com

Attorney for Defendant
ERWIN DE LEON

Lodged Order

UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 05-578(A)-JFW |
|---|---|
| Plaintiff, | ) UNOPPOSED APPLICATION FOR ORDER AUTHORIZING ADDITIONAL TIME TO FILE PRETRIAL MOTIONS ON BEHALF OF DEFENDANT ERWIN DE LEON |
| v. | |
| RAFAEL YEPIZ *et al*, | |
| Defendants. | ) [PROPOSED] ORDER LODGED |

Defendant ERWIN DE LEON, by and through his attorney of record, Darlene Ricker, hereby applies for an order granting defendant an extension of time up to and including March 20, 2006, to prepare and file pretrial motions, and granting the government an extension of time up to and including April 10, 2006, to file any oppositions.

This application does not request a change in current dates for the filing of replies or the date set for the hearing on the motions. This application is not opposed by counsel for the Government.

MAR 17 2006



1  The basis for this request is set forth in the attached declaration of counsel.

2  DATED: March 16, 2006

Respectfully submitted,

*DMRicker*
Darlene M. Ricker
Attorney for Defendant
ERWIN DE LEON

## DECLARATION OF DARLENE M. RICKER

I, Darlene M. Ricker, hereby declare and state as follows:

1. I am an attorney at law, licensed to practice in the State of California and before the bar of this Court.

2. I am the attorney for defendant ERWIN DE LEON ("Mr. de Leon") in the above- captioned matter.

3. I am familiar with the facts and circumstances of this case and with the contents of the file and the discovery that has been provided to date by the Government.

4. Pretrial motions in this case were due March 6, 2006.

5. I have diligently worked toward preparation of pretrial motions on behalf of Mr. de Leon since my appointment in this case. However, I have been unable to timely file all such motions for the following reasons:

(a) The grounds for several motions that I believe necessary to Mr. de Leon's defense did not become known to me until March 9, 2006 (three days after the motion cutoff date), despite the exercise of due diligence. Since early February, 2006, I attempted to contact Bruce Margolin, Mr. de Leon's counsel in his prior state case (which involved the same allegations as in the instant federal case). On March 9, 2006, Mr. Margolin informed me of the contents of a document he had just found in his case file. Based on the date and contents of that document, I determined that it provided necessary support for the following pretrial motions on behalf of Mr. de Leon: (1) motion to preclude use of state plea,[1] and (2) motion to dismiss indictment on several legal theories;

//

---

[1] The plea preclusion motion is submitted for filing concurrently with this application.

(b) On March 9, 2006, I received additional discovery from the Government (a videotape of Mr. de Leon's interview with police) that is necessary to support motions to suppress statements and physical evidence; and

(c) During the past several weeks, I have been extremely ill with flu-like symptoms and exhaustion. On March 3, 2006, I was diagnosed and treated for severe bronchitis and pneumonia, and was ordered on bed rest for 10 days. I was not able to resume work until March 13, 2006, at which time I resumed preparation of Mr. de Leon's pretrial motions.

6. I need an additional 7 days from the date of my recovery (March 13, 2006) in order to complete preparation and filing of pretrial motions on behalf of Mr. de Leon. Therefore, I request an extension of time up to and including March 20, 2006 for the filing of Mr. de Leon's pretrial motions.

7. Assistant U.S. Attorneys Mark Young and Peter Hernandez have advised me that the Government does not oppose the granting of this application, provided that the Government is granted the additional seven (7) days to file its opposition(s), as requested by this application.

8. Based on the foregoing, it is respectfully requested that the Court authorize the additional time requested for the preparation and filing of pretrial motions for Mr. de Leon and for the filing of Government oppositions to same.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge. This declaration is executed on March 16, 2006, in Malibu, California.

_____
DARLENE M. RICKER

## PROOF OF SERVICE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

 I am employed in the county of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is 24955 Pacific Coast Hwy., Suite A204, Malibu, California 90265.

 On March 16, 2006, at the direction of a member of the bar of this Court, I served the foregoing document described as:

UNOPPOSED APPLICATION FOR ADDITIONAL TIME TO FILE PRETRIAL MOTIONS ON BEHALF OF DEFENDANT ERWIN DE LEON; DECLARATION OF DARLENE RICKER

by personally delivering a true copy to:

 AUSA Mark Young
 AUSA Peter Hernandez
 Office of U.S. Attorney
 1400 U.S. Courthouse
 312 N. Spring St.
 Los Angeles, CA  90012

and by email service on all interested parties [see attachment]

 Executed on March 16, 2006, at Malibu, CA. I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

KAREN VAN HOEPEN

ATTACHMENT

~~Larry M. Bakman~~
~~Larry M. Bakman Law Offices~~
~~10100 Santa Monica Blvd.~~
~~3rd Floor Suite 300~~
~~Los Angeles, CA 90067~~
~~(310) 772-2233~~
~~(310) 772-2334 Fax~~
~~LBAKMAN@SOCAL.RR.com~~
~~Attorney for Rafael~~ Yepiz

Ronald D. Hedding
Hedding Law Firm
16000 Ventura Blvd., Ste. 1208
Encino, CA 91436
(818) 986-2092
(818) 986-5047 Fax
heddinglaw625@aol.com
Attorney for Espiridion Aranda

Ronald N. Richards
Ronald Richards & Associates
P.O. Box 11480
Beverly Hills, CA 90213
(310) 556-1001
(310) 277-3325 Fax
Ron@RonaldRichards.com
Attorney for Jesus Sandoval

Nicolas J. Estrada
Nicolas J. Estrada Law Offices
1611 S Catalina Ave
Ste 300
Redondo Beach, CA 90277
(310) 316-6392
(310) 316-2306 Fax
Attorney for Manuel Yepiz

Winston McKesson
Law Offices of Winston K. McKesson
315 South Beverly Drive
Beverly Hills, CA 90212
(310) 277-9595
(310) 272-0177 Fax
cathrynjcollins@yahoo.com
Attorney for Carlos Abel Casillas

David J. P. Kaloyanides
David J. P. Kaloyanides Law Offices
350 West Colorado Blvd., Ste. 200
Pasadena, CA 91105
(626) 796-2221
(626) 609-0305 Fax
dkaloyanides@mac.com
Attorney for Joel Haro

Alan Fenster
Law Offices of Alan Fenster
9777 Wilshire Blvd. # 900
Beverly Hills, CA 90212
(310) 273-3661
(310) 273-1931
afenlaw@aol.com
Attorney for Amer Khan

Sherman M. Ellison
Law Offices of Sherman M. Ellison
The Sherman Oaks Galleria
Commerical Bank Building, 9th Floor
15303 Ventura Blvd.
Sherman Oaks, CA 91403
(818) 994-8888
(818) 780-8989 Fax
sme@pacbell.net
Attorney for Baldemar Hernandez

Philip Deitch
Philip Deitch Law Offices
P.O. Box 8025
Van Nuys, CA 91406
(818) 717-0901
(818) 717-0906 Fax
Philde@mindspring.com
Attorney for Jesus Contreras
Attorney for Ignacio Haro

Chestopher Taylor
Law Offices of Chestopher Taylor
3250 Wilshire Blvd., # 708
Los Angeles, CA 90015
(213) 480-6226
(213) 480-6227 Fax
sbc.taylor@verizon.net
Attorney for Ignacio Haro

| | |
|---|---|
| Richard M. Callahan Jr.<br>Richard M. Callahan Jr. Law Offices<br>230 East Colorado Blvd., Ste. 1200<br>Pasadena, CA 91101<br>(626) 202-4060<br>(626) 794-4676 Fax<br>rmcallahanjr@earthlink.net<br>Attorney for Gilberto Carrasco | Gregory Nicolaysen<br>Gregory Nicolaysen Law Offices<br>16000 Ventura Blvd., Ste. 500<br>Encino, CA 91436<br>(818) 998-2706<br>(818) 998-8427 Fax<br>greg@afda.org<br>Attorney for Ernesto Orozco Mendez |
| Robert H. McNeill, Jr.<br>Ivie McNeill & Wyatt<br>444 S. Flower St., 18th Floor<br>Los Angeles, CA 90071<br>(213) 489-0028<br>(213) 489-0552 Fax<br>rmcneill@IMWLAW.com<br>Attorney for Ruben Ayala | David S. McLane<br>Kaye McLane & Bednarski, LLP.<br>128 N. Fair Oaks<br>Pasadena, CA 91103<br>(626) 844-7660<br>(626) 844-7670 Fax<br>davemclane_kmb@earthlink.net<br>Attorney for Luis Garcia |
| David Elden<br>Law Offices of David Elden<br>11377 West Olympic Blvd., 9th Floor<br>Los Angeles, CA 90064<br>(310) 478-3100<br>(310) 478-2200 Fax<br>elden@innocent.com<br>Attorney for Jaime Bautista | Paul C. Horgan<br>Paul C. Horgan Law Offices<br>800 Wilshire Blvd., Ste. 1510<br>Los Angeles, CA 90017<br>(213) 622-2717<br>(213) 622-0445 Fax<br>phorgan@sbcglobal.net<br>Attorney for Francisco Zambrano |
| Robert Ramsey Jr.<br>Ramsey & Price<br>Union Bank Plaza<br>445 S. Figueroa St., Ste. 2640<br>Los Angeles, CA 90071<br>(213) 612-0020<br>(213) 612-0091 Fax<br>rramseyjr@earthlink.net<br>Attorney for Ruben Medina | Timothy C. Lannen<br>Timothy C. Lannen Law Offices<br>880 West First Street, Ste. 304<br>Los Angeles, CA 90012<br>(213) 680-3617<br>(213) 617-3376 Fax<br>tclannen@pacbell.net<br>Attorney for Sergio Mejia |
| Darlene M. Ricker<br>Darlene M. Ricker Law Offices<br>P.O. Box 2285<br>Malibu, CA 90265<br>(310) 457-8600<br>(310) 457-8602<br>dmricker@aol.com<br>Attorney for Erwin DeLeon | James H. Barnes<br>James H. Barnes Law Offices<br>15760 Ventura Blvd., Ste. 700<br>Encino, CA 91436-3095<br>(818) 501-4988<br>(818) 325-3815 Fax<br>notguiltyone@yahoo.com<br>Attorney for Hilda Rosa Yepiz |
| Dale Rubin<br>Dale Rubin Law Offices<br>2275 Huntington Dr., Ste. 902<br>San Marino, CA 91108<br>(800) 695-3717<br>(413) 228-0521 Fax<br>rubinlaw@aol.com<br>Attorney for Joe Morin Rangel | James H. Barnes<br>James H. Barnes Law Offices<br>15760 Ventura Blvd., Ste 700<br>Encino, CA 91436-3095<br>(818) 501-4988<br>(818) 325-3815 Fax<br>notguiltyoneassistant@yahoo.com<br>Attorney for Hilda Rosa Yepiz |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Stephen G. Frye<br>Stephen G. Frye Law Offices<br>633 West Fifth Street, Ste. 2800<br>Los Angeles, CA 90071<br>(213) 223-2323<br>(213) 223-2324 Fax<br>sgf@sgfryelaw.com<br>Attorney for Saign Charlesestein |
| 6<br>7<br>8<br>9 | Richard E. Nahigian<br>Richard E. Nahigian Law Offices<br>1122 E. Green St.<br>Pasadena, CA 91106<br>(626) 683-3991<br>(626) 796-2554 Fax<br>RNAHIGIAN@BIZCTR.com<br>Attorney for Juan Gomez-Cedeno |
| 10<br>11<br>12<br>13 | Curt Leftwich<br>Curt Leftwich Law Offices<br>14401 Sylvan, Ste. 215<br>(818) 786-6161<br>(818) 360-8796 Fax<br><br>Attorney for Juan Gomez-Cedeno |
| 14<br>15<br>16<br>17 | Thomas Nishi<br>Thomas Nishi Law Offices<br>1000 Wilshire Blvd., Ste. 600<br>Los Angeles, CA 90017<br>(213) 629-9066<br>(213) 629-9022 Fax<br>tommy5850@aol.com<br>Attorney for Juan Santos Salinas |
| 18<br>19<br>20<br>21<br>22 | David R. Reed<br>David R. Reed Law Offices<br>3699 Wilshire Blvd., Ste. 850<br>Los Angeles, CA 90010<br>(310) 854-5246<br>(760) 674-0224 Fax<br>automatictrials@yahoo.com<br>Attorney for Luz Maria Rangel |
| 23<br>24<br>25<br>26<br>27 | James P. Cooper, III<br>James P. Cooper, III Law Offices<br>4929 Wilshire Blvd., Ste. 940<br>Los Angeles, CA 90010<br>(323) 933-2982<br>(323) 933-7816 Fax<br>trialanimal@sbcglobal.net<br>Attorney for Eric Avina |
| 28 | |

Marcia J. Brewer
Law Offices of Marcia Brewer
300 Corporate Pointe, #330
Culver City, CA 90230
(310) 670-5325 ext. 27
(310) 670-3706 Fax
Marcia3@earthlink.net
Attorney for Agustin Rodriquez

Yolanda Barrera
Law Offices of Yolanda Barrera
421 E. Huntington Dr.
Monrovia, CA 91016
(626) 574-1053
(626) 574-9043 Fax
ybarrera@sbcglobal.net
Attorney for Javier Covarrubias

Michael R. Belter
Law Offices of Michael R. Belter
65 N. Raymond Ave, #320
Pasadena, CA 91103
(626) 796-2599
(626) 432-1934 Fax
mbelter@sbcglobal.net
Attorney for Javier Covarrubias

Lawrence A. Forbes
Williams, Beck, & Forbes
670 S. Lafayette Park Place
Los Angeles, CA 90057
(213) 388-2211
(213) 399 2251 Fax
L.forbes@wbflawfirm.com
Attorney for Raul Robledo

John Yzurdiaga
Law Offices of John Yzurdiaga
800 Wilshire Blvd., # 1510
Los Angeles, CA 90017
(213) 622-9262
(213) 622-0445 Fax
johnxyz@sbcglobal.net
Attorney for Raul Robledo

James D. Gregory
James D. Gregory Law Offices
6345 Balboa Blvd., Ste. 330
Encino, CA 91316
(818) 343-7700
(818) 344-9986 Fax
jgregory@crimlaw4.com
Attorney for Gustavo Rodriguez

| | | |
|---|---|---|
| 1 | Thomas W. Kielty<br>Thomas W. Kielty Law Offices | Frederico McCurry<br>Frederico McCurry Law Offices |
| 2 | 1717 Fourth Street, 3rd Floor<br>Santa Monica, CA 90401 | 14659 Hamlin Street<br>Van Nuys, CA 91411 |
| 3 | (310) 393-0515<br>(310) 393-2586 Fax | (818) 901-6968<br>(818) |
| 4 | tomkielty@earthlink.net<br>Attorney for Gustavo Rodriguez | fredlaw@earthlink.net<br>Attorney for Mariano Meza |
| 5 | | |
| 6 | David Arredondo<br>David Arredondo Law Offices | Judith Rochlin<br>Judith Rochlin Law Offices |
| 7 | 3232 Tyler Avenue<br>El Monte, CA 91731 | 10801 National Blvd., Ste. 580<br>Los Angeles, CA 90064 |
| 8 | (626) 825-0003<br>(626) 446-3373 Fax | (310) 473-6208<br>(310) 235-1102 Fax |
| 9 | Attorney for Alberto Sanchez | Attorney for James Garcia |
| 10 | Ellen M. Barry | Michael Treman<br>Law Offices of Michael Treman |
| 11 | Law Offices of Ellen M. Barry<br>316 West Second Street, Suite 1202 | 30 N. Santa Ynez, Suite B<br>(213) 576-5000 |
| 12 | Los Angeles, CA 90012<br>(213) 621-1662 | (213) 680-4470 Fax<br>m.treman@worldnet.att.net |
| 13 | (213) 621-1644 Fax<br>ellenbarry@sbcglobal.net | Attorney for Mariano Meza |
| 14 | Attorney for Joel Ledesma | |
| 15 | Marcia Morrissey<br>Law Offices of Marcia Morrissey | Michael S. Meza<br>Michael S. Meza Law Offices |
| 16 | 2115 Main Street<br>Santa Monica, CA 90405 | 333 City Blvd. West, 17th Floor<br>(714) 564-25801 |
| 17 | (310) 399-3259<br>(310) 399-1173 Fax | (714) 996-7187 Fax<br>mmezalaw@aol.com |
| 18 | Morrisseyma@aol.com<br>Attorney for Joel Ledesma | Attorney for Johnny Velasquez Uribe |
| 19 | | EZEKIEL P. PERLO (SBN 38158) |
| 20 | Michael T. Shannon<br>Law Offices of Michael T. Shannon | 16133 Ventura Blvd. Suite 600<br>Encino, CA 91436 |
| 21 | 301 East Colorado Blvd., Ste. 320<br>Pasadena, CA 91101 | 818-990-7202 (voice)<br>818-990-7630 (facsimile) |
| 22 | (626) 744-0600<br>(626) 744-0606 Fax | E-Mail: zperlo9@aol.com |
| 23 | Mtshan53@aol.com<br>Attorney for Jose Luis Mejia | RICHARD G. NOVAK (SBN: 149303)<br>959 East Colorado Blvd., Suite 1B |
| 24 | | Pasadena, CA 91106<br>626-396-9206 (voice) |
| 25 | Peter C. Swarth<br>Peter C. Swarth Law Offices | 626-396-9208 (facsimile)<br>E-Mail: richard@rgnlaw.com |
| 26 | 4804 Laurel Canyon Blvd., Ste. 232<br>North Hollywood, CA 91607 | Attorneys for Defendant |
| 27 | (323) 850-1202<br>(323) 850-0300 Fax | HORACIO YEPIZ |
| 28 | pswarth@comcast.net<br>Attorney for Bruno Vasquez | |