1  DARLENE M. RICKER
   SBN 151653
2  24955 Pacific Coast Hwy.
   Suite A204
3  Malibu, California 90265
   Tel. (310) 457-8600
4  Fax (310) 457-8602
   Email: dmricker@aol.com
5
   Attorney for Defendant
6  ERWIN DE LEON



Lodged order

UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL YEPIZ *et al*,<br><br>Defendants. | No. CR 05-578(A)-JFW<br><br>UNOPPOSED APPLICATION FOR SECOND ORDER AUTHORIZING ADDITIONAL TIME TO FILE FINAL PRETRIAL MOTION ON BEHALF OF DEFENDANT ERWIN DE LEON<br><br>[PROPOSED] ORDER LODGED |

Defendant ERWIN DE LEON, by and through his attorney of record, Darlene Ricker, hereby applies for an order granting defendant an extension of time up to and including March 28, 2006, to prepare and file one additional pretrial motion (specifically, a motion to dismiss based upon successive prosecution), and granting the government an extension of time up to and including April 10, 2006, to file any opposition.

This application does not request a change in current dates for the filing of replies or the date set for the hearing on the motions. This application is not opposed by counsel for the Government.

ENTERED ON ICMS

MAR 30 2006

1051

The basis for this request is set forth in the attached declaration of counsel.

DATED: March 28, 2006

Respectfully submitted,

*DMRicker*

Darlene M. Ricker
Attorney for Defendant
ERWIN DE LEON

# DECLARATION OF DARLENE M. RICKER

I, Darlene M. Ricker, hereby declare and state as follows:

1. I am an attorney at law, licensed to practice in the State of California and before the bar of this Court.

2. I am the attorney for defendant ERWIN DE LEON ("Mr. de Leon") in the above- captioned matter.

3. I am familiar with the facts and circumstances of this case and with the contents of the file and the discovery that has been provided to date by the Government.

4. This declaration is filed in support of the attached Unopposed Application for Additional Time in Which to File Final Pretrial Motion on Behalf of Defendant Erwin de Leon.

5. Pretrial motions in this case were due March 6, 2006.

6. The Court granted my previous unopposed request for additional time, up to and including March 20, 2006, for the filing of pretrial motions. I filed two pretrial motions on or before that date.

7. As of the date of this filing, I have completed my third and final pretrial motion (the "motion"), which is concurrently submitted for filing. I was unable to timely file the motion and needed an additional week to do so for the following reasons:

(a) On March 21 and 21, 2006, I was unexpectedly ordered to appear before the Honorable George H. King in *United States v. Leorn Dinkins*, # CR-05-801-GHK. The two-day court proceeding required me to also spend approximately 2 hours meeting and conferring with the prosecutor and 4 hours meeting with my client in preparation for same; and

(b) During the remainder of last week, over the weekend and through Monday (yesterday), I was involved in preparation of multiple pleadings

that were due and filed March 27, 2006 in a federal capital habeas case, *Bradford v. Oronoski*, #CV-98-6453-RSWL. These included petitioner's traverse (41 pages); a motion for discovery (10 pages); and a joint stipulation re discovery, declarations and exhibits (75 pages). Preparation of the latter document also required me to allocate time for meet-and-confer sessions with counsel for respondent.

8. Therefore, I request an extension of time up to and including March 28, 2006 for the filing of Mr. de Leon's final pretrial motion.

9. Assistant U.S. Attorneys Mark Young and Peter Hernandez have advised me that the Government does not oppose the granting of this application, provided that the Government is granted the additional seven (7) days to file its opposition(s), as requested by this application and in the concurrently lodged [proposed] order.

10. Based on the foregoing, it is respectfully requested that the Court authorize the additional time requested for the preparation and filing of a final pretrial motion for Mr. de Leon and for the filing of any Government opposition to same.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge. This declaration is executed on March 28, 2006, in Malibu, California.

*/s/ DMRicker*
DARLENE M. RICKER

ATTACHMENT

~~Larry M. Bakman~~
~~Larry M. Bakman Law Offices~~
~~10100 Santa Monica Blvd.~~
~~3rd Floor Suite 300~~
~~Los Angeles, CA 90067~~
~~(310) 772-2333~~
~~(310) 772-2334 Fax~~
~~LBAKMAN@SOCAL.RR.com~~
~~Attorney for Rafael Y~~epiz

Ronald D. Hedding
Hedding Law Firm
16000 Ventura Blvd., Ste. 1208
Encino, CA 91436
(818) 986-2092
(818) 986-5047 Fax
heddinglaw625@aol.com
Attorney for Espiridion Aranda

Ronald N. Richards
Ronald Richards & Associates
P.O. Box 11480
Beverly Hills, CA 90213
(310) 556-1001
(310) 277-3325 Fax
Ron@RonaldRichards.com
Attorney for Jesus Sandoval

Nicolas J. Estrada
Nicolas J. Estrada Law Offices
1611 S Catalina Ave
Ste 300
Redondo Beach, CA 90277
(310) 316-6392
(310) 316-2306 Fax
Attorney for Manuel Yepiz

Winston McKesson
Law Offices of Winston K. McKesson
315 South Beverly Drive
Beverly Hills, CA 90212
(310) 277-9595
(310) 272-0177 Fax
cathrynjcollins@yahoo.com
Attorney for Carlos Abel Casillas

David J. P. Kaloyanides
David J. P. Kaloyanides Law Offices
350 West Colorado Blvd., Ste. 200
Pasadena, CA 91105
(626) 796-2221
(626) 609-0305 Fax
dkaloyanides@mac.com
Attorney for Joel Haro

Alan Fenster
Law Offices of Alan Fenster
9777 Wilshire Blvd. # 900
Beverly Hills, CA 90212
(310) 273-3661
(310) 273-1931
afenlaw@aol.com
Attorney for Amer Khan

Sherman M. Ellison
Law Offices of Sherman M. Ellison
The Sherman Oaks Galleria
Commerical Bank Building, 9th Floor
15303 Ventura Blvd.
Sherman Oaks, CA 91403
(818) 994-8888
(818) 780-8989 Fax
sme@pacbell.net
Attorney for Baldemar Hernandez

Philip Deitch
Philip Deitch Law Offices
P.O. Box 8025
Van Nuys, CA 91406
(818) 717-0901
(818) 717-0906 Fax
Philde@mindspring.com
Attorney for Jesus Contreras
Attorney for Ignacio Haro

Chestopher Taylor
Law Offices of Chestopher Taylor
3250 Wilshire Blvd., # 708
Los Angeles, CA 90015
(213) 480-6226
(213) 480-6227 Fax
sbc.taylor@verizon.net
Attorney for Ignacio Haro

| | |
|---|---|
| 1<br>2<br>3<br>4 | Richard M. Callahan Jr.<br>Richard M. Callahan Jr. Law Offices<br>230 East Colorado Blvd., Ste. 1200<br>Pasadena, CA 91101<br>(626) 202-4060<br>(626) 794-4676 Fax<br>rmcallahanjr@earthlink.net<br>Attorney for Gilberto Carrasco |
| | Gregory Nicolaysen<br>Gregory Nicolaysen Law Offices<br>16000 Ventura Blvd., Ste. 500<br>Encino, CA 91436<br>(818) 998-2706<br>(818) 998-8427 Fax<br>greg@afda.org<br>Attorney for Ernesto Orozco Mendez |

1  Richard M. Callahan Jr.
   Richard M. Callahan Jr. Law Offices
2  230 East Colorado Blvd., Ste. 1200
   Pasadena, CA 91101
3  (626) 202-4060
   (626) 794-4676 Fax
4  rmcallahanjr@earthlink.net
   Attorney for Gilberto Carrasco

   Gregory Nicolaysen
   Gregory Nicolaysen Law Offices
   16000 Ventura Blvd., Ste. 500
   Encino, CA 91436
   (818) 998-2706
   (818) 998-8427 Fax
   greg@afda.org
   Attorney for Ernesto Orozco Mendez

5  Robert H. McNeill, Jr.
   Ivie McNeill & Wyatt
6  444 S. Flower St., 18th Floor
   Los Angeles, CA 90071
7  (213) 489-0028
   (213) 489-0552 Fax
8  rmcneill@IMWLAW.com
   Attorney for Ruben Ayala
9

   David S. McLane
   Kaye McLane & Bednarski, LLP.
   128 N. Fair Oaks
   Pasadena, CA 91103
   (626) 844-7660
   (626) 844-7670 Fax
   davemclane_kmb@earthlink.net
   Attorney for Luis Garcia

10 David Elden
   Law Offices of David Elden
11 11377 West Olympic Blvd., 9th Floor
   Los Angeles, CA 90064
12 (310) 478-3100
   (310) 478-2200 Fax
13 elden@innocent.com
   Attorney for Jaime Bautista

   Paul C. Horgan
   Paul C. Horgan Law Offices
   800 Wilshire Blvd., Ste. 1510
   Los Angeles, CA 90017
   (213) 622-2717
   (213) 622-0445 Fax
   phorgan@sbcglobal.net
   Attorney for Francisco Zambrano

14 Robert Ramsey Jr.
   Ramsey & Price
15 Union Bank Plaza
   445 S. Figueroa St., Ste. 2640
16 Los Angeles, CA 90071
   (213) 612-0020
17 (213) 612-0091 Fax
   rramseyjr@earthlink.net
18 Attorney for Ruben Medina

   Timothy C. Lannen
   Timothy C. Lannen Law Offices
   880 West First Street, Ste. 304
   Los Angeles, CA 90012
   (213) 680-3617
   (213) 617-3376 Fax
   tclannen@pacbell.net
   Attorney for Sergio Mejia

19 Darlene M. Ricker
   Darlene M. Ricker Law Offices
20 P.O. Box 2285
   Malibu, CA 90265
21 (310) 457-8600
   (310) 457-8602
22 dmricker@aol.com
   Attorney for Erwin DeLeon
23

   James H. Barnes
   James H. Barnes Law Offices
   15760 Ventura Blvd., Ste. 700
   Encino, CA 91436-3095
   (818) 501-4988
   (818) 325-3815 Fax
   notguiltyone@yahoo.com
   Attorney for Hilda Rosa Yepiz

24 Dale Rubin
   Dale Rubin Law Offices
25 2275 Huntington Dr., Ste. 902
   San Marino, CA 91108
   (800) 695-3717
26 (413) 228-0521 Fax
   rubinlaw@aol.com
27 Attorney for Joe Morin Rangel

28

   James H. Barnes
   James H. Barnes Law Offices
   15760 Ventura Blvd., Ste 700
   Encino, CA 91436-3095
   (818) 501-4988
   (818) 325-3815 Fax
   notguiltyoneassistant@yahoo.com
   Attorney for Hilda Rosa Yepiz

| | |
|---|---|
| 1 | Stephen G. Frye<br>Stephen G. Frye Law Offices<br>633 West Fifth Street, Ste. 2800<br>Los Angeles, CA 90071<br>(213) 223-2323<br>(213) 223-2324 Fax<br>sgf@sgfryelaw.com<br>Attorney for Saign Charlesestein | Marcia J. Brewer<br>Law Offices of Marcia Brewer<br>300 Corporate Pointe, #330<br>Culver City, CA 90230<br>(310) 670-5325 ext. 27<br>(310) 670- 3706 Fax<br>Marcia3@earthlink.net<br>Attorney for Agustin Rodriquez |

1. Stephen G. Frye
   Stephen G. Frye Law Offices
2. 633 West Fifth Street, Ste. 2800
   Los Angeles, CA 90071
3. (213) 223-2323
   (213) 223-2324 Fax
4. sgf@sgfryelaw.com
   Attorney for Saign Charlesestein
5. 
6. Richard E. Nahigian
   Richard E. Nahigian Law Offices
   1122 E. Green St.
7. Pasadena, CA 91106
   (626) 683-3991
8. (626) 796-2554 Fax
   RNAHIGIAN@BIZCTR.com
9. Attorney for Juan Gomez-Cedeno
10. Curt Leftwich
    Curt Leftwich Law Offices
11. 14401 Sylvan, Ste. 215
    (818) 786-6161
12. (818) 360-8796 Fax
13. Attorney for Juan Gomez-Cedeno
14. Thomas Nishi
    Thomas Nishi Law Offices
15. 1000 Wilshire Blvd., Ste. 600
    Los Angeles, CA 90017
16. (213) 629-9066
    (213) 629-9022 Fax
17. tommy5850@aol.com
    Attorney for Juan Santos Salinas
18. 
19. David R. Reed
    David R. Reed Law Offices
    3699 Wilshire Blvd., Ste. 850
20. Los Angeles, CA 90010
    (310) 854-5246
21. (760) 674-0224 Fax
    automatictrials@yahoo.com
22. Attorney for Luz Maria Rangel
23. 
24. James P. Cooper, III
    James P. Cooper, III Law Offices
    4929 Wilshire Blvd., Ste. 940
25. Los Angeles, CA 90010
    (323) 933-2982
26. (323) 933-7816 Fax
    trialanimal@sbcglobal.net
27. Attorney for Eric Avina
28. 

Right column:

Marcia J. Brewer
Law Offices of Marcia Brewer
300 Corporate Pointe, #330
Culver City, CA 90230
(310) 670-5325 ext. 27
(310) 670- 3706 Fax
Marcia3@earthlink.net
Attorney for Agustin Rodriquez

Yolanda Barrera
Law Offices of Yolanda Barrera
421 E. Huntington Dr.
Monrovia, CA 91016
(626) 574-1053
(626) 574-9043 Fax
ybarrera@sbcglobal.net
Attorney for Javier Covarrubias

Michael R. Belter
Law Offices of Michael R. Belter
65 N. Raymond Ave, #320
Pasadena, CA 91103
(626) 796-2599
(626) 432-1934 Fax
mbelter@sbcglobal.net
Attorney for Javier Covarrubias

Lawrence A. Forbes
Williams, Beck, & Forbes
670 S. Lafayette Park Place
Los Angeles, CA 90057
(213) 388-2211
(213) 399 2251 Fax
L.forbes@wbflawfirm.com
Attorney for Raul Robledo

John Yzurdiaga
Law Offices of John Yzurdiaga
800 Wilshire Blvd., # 1510
Los Angeles, CA 90017
(213) 622- 9262
(213) 622-0445 Fax
johnxyz@sbcglobal.net
Attorney for Raul Robledo

James D. Gregory
James D. Gregory Law Offices
6345 Balboa Blvd., Ste. 330
Encino, CA 91316
(818) 343-7700
(818) 344-9986 Fax
jgregory@crimlaw4.com
Attorney for Gustavo Rodriguez

```
 1  Thomas W. Kielty                          Frederico McCurry
    Thomas W. Kielty Law Offices              Frederico McCurry Law Offices
 2  1717 Fourth Street, 3rd Floor             14659 Hamlin Street
    Santa Monica, CA 90401                    Van Nuys, CA 91411
 3  (310) 393-0515                            (818) 901-6968
    (310) 393-2586 Fax                        (818)
 4  tomkielty@earthlink.net                   fredlaw@earthlink.net
    Attorney for Gustavo Rodriguez            Attorney for Mariano Meza
 5
    David Arredondo                           Judith Rochlin
 6  David Arredondo Law Offices               Judith Rochlin Law Offices
    3232 Tyler Avenue                         10801 National Blvd., Ste. 580
 7  El Monte, CA 91731                        Los Angeles, CA 90064
    (626) 825-0003                            (310) 473-6208
 8  (626) 446-3373 Fax                        (310) 235-1102 Fax
                                              Attorney for James Garcia
 9  Attorney for Alberto Sanchez
                                              Michael Treman
10  Ellen M. Barry                            Law Offices of Michael Treman
    Law Offices of Ellen M. Barry             30 N. Santa Ynez, Suite B
11  316 West Second Street, Suite 1202        (213) 576-5000
    Los Angeles, CA 90012                     (213) 680-4470 Fax
12  (213) 621-1662                            m.treman@worldnet.att.net
    (213) 621-1644 Fax                        Attorney for Mariano Meza
13  ellenbarry@sbcglobal.net
    Attorney for Joel Ledesma
14
                                              Michael S. Meza
    Marcia Morrissey                          Michael S. Meza Law Offices
15  Law Offices of Marcia Morrissey           333 City Blvd. West, 17th Floor
    2115 Main Street                          (714) 564-25801
16  Santa Monica, CA 90405                    (714) 996-7187 Fax
    (310) 399-3259                            mmezalaw@aol.com
17  (310) 399-1173 Fax                        Attorney for Johnny Velasquez Uribe
    Morrisseyma@aol.com
18  Attorney for Joel Ledesma
                                              EZEKIEL P. PERLO (SBN 38158)
19                                            16133 Ventura Blvd. Suite 600
    Michael T. Shannon                        Encino, CA 91436
20  Law Offices of Michael T. Shannon         818-990-7202 (voice)
    301 East Colorado Blvd., Ste. 320         818-990-7630 (facsimile)
21  Pasadena, CA 91101                        E-Mail: zperlo9@aol.com
    (626) 744-0600
22  (626) 744-0606 Fax                        RICHARD G. NOVAK (SBN: 149303)
    Mtshan53@aol.com                          959 East Colorado Blvd., Suite 1B
23  Attorney for Jose Luis Mejia              Pasadena, CA 91106
                                              626-396-9206 (voice)
24                                            626-396-9208 (facsimile)
    Peter C. Swarth                           E-Mail: richard@rgnlaw.com
25  Peter C. Swarth Law Offices
    4804 Laurel Canyon Blvd., Ste. 232        Attorneys for Defendant
26  North Hollywood, CA 91607                 HORACIO YEPIZ
    (323) 850-1202
27  (323) 850-0300 Fax
    pswarth@comcast.net
28  Attorney for Bruno Vasquez
```

# PROOF OF SERVICE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is 24955 Pacific Coast Hwy., Suite A204, Malibu, California 90265.

On March 28, 2006, at the direction of a member of the bar of this Court, I served the foregoing document described as:

UNOPPOSED SECOND APPLICATION FOR ADDITIONAL TIME TO FILE FINAL PRETRIAL MOTION ON BEHALF OF DEFENDANT ERWIN DE LEON; DECLARATION OF DARLENE RICKER

by personally delivering a true copy to:

AUSA Mark Young
AUSA Peter Hernandez
Office of U.S. Attorney
1400 U.S. Courthouse
312 N. Spring St.
Los Angeles, CA  90012

and by email service on all interested parties [see attachment]

Executed on March 28, 2006, at Malibu, CA. I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

KAREN VAN HOEPEN