Name and address

Janet Sherman
SBN 98560
2115 Main Street
Santa Monica, CA 90405

2006 DEC 20 AM 11:18

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR-05-578 (A) - JFW |
| v. | |
| ERWIN DE LEON, | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

__ERWIN DE LEON__   ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of __JANET SHERMAN__
*New Attorney*

as attorney of record in place and stead of __DARLENE RICKER__
*Present Attorney*

X  Dated __DEC 19, 2006__       X  __[signature]__
*Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated __12/8/06__       __DMRicker__
*Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated __12-20-06__       __Janet Sherman__
*Signature of New Attorney*

__98560__
*State Bar Number*

---

If party requesting to appear Pro Se:

Dated _____       _____
*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)       REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

**ORIGINAL**

DOCKETED ON CM
DEC 21 2006
BY ___ 172

2429

## PROOF OF SERVICE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

I am employed in the county of Los Angeles, State of California and am employed by a member of the bar of this Court. I am over the age of eighteen and not a party to the within action. My business address is 24955 Pacific Coast Hwy., Suite A204, Malibu, California 90265.

"On December 20, 2006, I served the foregoing document described as: ORDER ON REQUEST FOR SUBSTITUTION OF ATTORNEY on all interested parties in this action by hand-delivering a true copy thereof to:" by personally delivering a true copy to:

AUSA David Kowal
Office of U.S. Attorney
1400 U.S. Courthouse
312 N. Spring St.
Los Angeles, CA 90012

Executed on December 20, 2006, at Malibu, CA. I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

_____
DARLENE M. RICKER